**Israel C. GELLMAN, Appellant, v. OLIVER MACHINERY CO., Appellee.**

No. 7099.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1937.

C. E. Threedy, of Chicago, Ill., and Fred P. Geib, of Grand Rapids, Mich., for appellant.

Liverance & Van Antwerp, of Grand Rapids, Mich., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

**1000**

## PER CURIAM.

The decree in this cause is affirmed for the reasons stated by the trial court in its opinion of February 8, 1935.